**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| **v.** | : **CRIMINAL NO. 11-467-4** |
| | : |
| **CIARA HARVEY** | : |

## JUDGMENT OF ACQUITTAL

**AND NOW**, this 27th day of February, 2012, upon consideration of the defendant's motion for a judgment of acquittal under Federal Rule of Criminal Procedure 29 and the government's response, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that judgment of acquittal on Counts Eleven and Twelve of the Indictment is **ENTERED**.

                                                      S/ Timothy J. Savage
                                                    TIMOTHY J. SAVAGE,  J.